# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.                                        CASE NO. 6:09-CR-159-ORL-19KRS

BRIDGET BREAUX
_____

### ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 42, filed September 21, 2009) and no objection thereto having been filed, it is **ORDERED:**

1.    The Report and Recommendation of the United States Magistrate Judge (Doc. No. 42) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2.    Defendant Bridget Breaux has entered a plea of guilty to Counts Twelve and Thirteen of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Counts Twelve and Thirteen of the Indictment.

3.    Ruling on acceptance of the Plea Agreement (Doc. No. 38, filed September 22, 2009) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this   29th   day of September, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy